# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>PETER ANDREW STINSON<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:25-mj-373<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 4, 2020 -- June 11, 2025  in the county of  Fairfax  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 -- Threats against the President | |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Sehar F. Sabir
*Printed name and title*

*MBlake*
*Complainant's signature*

FBI Task Force Officer Michael Blake
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone  *(specify reliable electronic means)*.

Date: 6/13/2025

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.06.13 15:20:40 -04'00'
*Judge's signature*

City and state: Alexandria, VA

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*