IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:25-CR-209 |
| v. | |
| PETER ANDREW STINSON, | **In Violation of:**<br>18 U.S.C. § 373 |
| Defendant. | |

**SUPERSEDING INDICTMENT**

August 2025 Term – at Alexandria

**COUNT ONE**
**(Solicitation of a Crime of Violence)**

THE GRAND JURY CHARGES THAT:

1. On or about February 18, 2025, within the Eastern District of Virginia, and elsewhere, the defendant, PETER ANDREW STINSON, with the intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of the President of the United States Donald J. Trump, in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade such other person to engage in such conduct; in that the defendant solicited and otherwise endeavored to persuade another person to murder or attempt to murder the President of the United States, Donald J. Trump, who is an officer and employee of the United States, while the President was engaged in or on account of the performance of his

official duties, in violation of Title 18, United States Code, Section 1114, by causing a posting on the social media platform Bluesky that read: "Take the shot. We'll deal with the fallout."

2.    The above-described solicitation, inducement, and endeavor to persuade occurred under the following circumstances, among others, strongly corroborative of defendant PETER ANDREW STINSON's intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of force against the person of the President of the United States Donald J. Trump:

a.    Prior to the solicitation, inducement and endeavor to persuade, defendant PETER ANDREW STINSON was aware that individuals were willing to assassinate President Donald J. Trump and had attempted to do so; to wit, on July 13, 2024, an individual had attempted to shoot and assassinate President Donald J. Trump in Butler, Pennsylvania.    In response to the assassination attempt, PETER ANDREW STINSON caused the following postings to be made on the social media platform Bluesky:

i.    On or about July 13, 2024, at approximately 7:27 pm: "Three inches to the right, and the shot woulda gone through the eyeball. Practice. Practice. Practice. And to die in the process. If you're gonna do something big, get it right [winking emoticon]."

ii.    On or about July 13, 2024, at approximately 7:31 pm: "What asshole thought he was good enough to complete the mission and then so really fuck up? Shit takes skills. Practice. Etc. Most of us are not capable. As noted before, I'm not a good enough shot. Very few people are. Somebody needs to learn this lesson."

iii.    On or about July 13, 2024, at approximately 7:44 pm: "You want to play in the big leagues, you need the talent. Luck is not a plan."

iv.    On or about July 13, 2024, at approximately 7:52 pm: "Execution is critical."

Further, on or about July 14, 2024, one day after the Butler, Pennsylvania assassination attempt, defendant PETER ANDREW STINSON searched for "frame by frame analysis trump shooting" using the Google search engine.

b. Prior to the solicitation, inducement and endeavor to persuade, defendant PETER ANDREW STINSON was aware that individuals were willing to assassinate President Donald J. Trump and had attempted to do so; to wit, on September 15, 2024, an individual attempted to assassinate President Donald J. Trump in West Palm Beach, Florida. In response to the assassination attempt, on or about September 15, 2024, defendant PETER ANDREW STINSON caused the following posting to be made on the social media platform Bluesky: "Third time's the charm."

c. Before and after the solicitation, inducement and endeavor to persuade, defendant PETER ANDREW STINSON caused the following postings to be made on the social media platforms Bluesky and Reddit:

    i. On or about January 28, 2025, on Bluesky: "Somebody needs to do it. Somebody with the skills to do it right. Somebody with the experience. Somebody with the right tools. Somebody needs to get it done."

    ii. On or about January 29, 2025, on Bluesky: "Poison, maybe. But you got to get real close."

    iii. On or about January 31, 2025, on Bluesky: "Poison. That might be the only solution at this point. Take out 1 and 2. Got to get close to disperse. Need a plan. Anyone done this sort of work before?"

    iv. On or about February 1, 2025, in response to a posting made by another user on the social media platform Bluesky that read, "Bluesky is an AMAZING place to announce

3

an intention to do assassinations, keep it up" defendant PETER ANDREW STINSON caused a posting to be made to the social media platform Bluesky that read: "All in."

v.    On or about February 4, 2025, on Bluesky: "If we're planning murders, I'd like to suggest an orange one."

vi.   On or about February 15, 2025, on Bluesky: "He who kills the President to save the country has broken no laws."

vii.  On or about February 18, 2025, on Bluesky: "Politically the only solution is impeachment. Realistically its violence."

viii. On or about February 20, 2025, on Reddit: "He'd look and sound better with a big red hole in his orange head."

ix.   On or about February 21, 2025, on Bluesky: "Can we crowd source a contract hit?"

x.    On or about February 22, 2025, on Reddit: "We saw the movie. We know how it ends. In his third term. A couple of rounds to the chest cowering on the floor in the Oval Office."

xi.   On or about February 26, 2025, on Bluesky: "One well placed shot would open up a whole new reality."

xii.  On or about February 26, 2025, on Bluesky: "We could crowd fund the solution. People with skills could do the job."

xiii. On or about March 4, 2025, on Bluesky: "Could we start a go fund me for a hitman?"

xiv.    On or about March 9, 2025, on Bluesky: "He needs to be luigied."

(All in violation of Title 18, United States Code, Section 373.)

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

Erik S. Siebert
United States Attorney

By:

Sehar F. Sabir
Assistant United States Attorney

5