IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-00209 |
| v. ) | Hon. Anthony J. Trenga |
| ) | |
| PETER ANDREW STINSON, ) | |
| ) | |
| Defendant. ) | |

### SEALING ORDER

This matter having come before the Court on the defendant's Motion to Seal pursuant to Local Criminal Rule 49(E), and for good cause shown, it is hereby

ORDERED that the defendant's Motion to Seal is GRANTED; it is

FURTHER ORDERED that the defendant's Exhibit 1, which is attached to his Motion to Suppress Evidence Seized from His Residence in Violation of the Fourth Amendment, filed provisionally under seal with the Court, shall be maintained under seal and will remain under seal until unsealed by order of the Court; and it is

FURTHER ORDERED that the Clerk provide a copy of this Order to counsel of record.

ENTERED this 22nd day of September, 2025.

/s/
Anthony J. Trenga
Senior United States District Judge

Hon. Anthony J. Trenga
United States District Judge