IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:25-CR-209 |
| PETER ANDREW STINSON, | Hon. Anthony J. Trenga |
| *Defendant.* | Trial Date: October 27, 2025 |

### GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America, by and through its attorneys, Lindsey Halligan, United States Attorney for the Eastern District of Virginia, Sehar F. Sabir and Gordon D. Kromberg, Assistant United States Attorneys, hereby submits its amended exhibit list for the October 27, 2025, trial of the above-captioned defendant.

| EXHIBIT NO. | DESCRIPTION | ADMITTED/ NOT ADMITTED | PUBLISHED |
|---|---|---|---|
| 1 | Stipulation 1 – Identity of Social Media Accounts | | |
| 2 | Stipulation 2 – Authenticity of Documents | | |
| 3 | Bluesky subscriber records | | |
| 4 | Wayback machine record – Peter@cgblue.bsky.social profile, January 2025 | | |
| 5 | Wayback machine record – Peter@cgblue.bsky.social profile, March 2025 | | |
| 6 | Stipulation 4 – Authenticity of Screenshots depicted at GX 7 and GX 106 | | |
| 7 | Peter@cgblue.bsky.social profile, dated April 24, 2025 (GOV-00001906) | | |
| 8 | Stipulation 3 – Identity of Gmail Account pastinson@gmail.com | | |

| | | | |
|---|---|---|---|
| 9 | Google Searches in July 2024 | | |
| 10 | Bluesky post from Peter@cgblue.bsky.social dated July 13, 2024, at 7:13 PM (GOV-00000597) | | |
| 11 | Bluesky post from Peter@cgblue.bsky.social dated July 13, 2024, at 7:27 PM (GOV-00000596) | | |
| 12 | Bluesky post from Peter@cgblue.bsky.social dated July 13, 2024, at 7:31 PM (GOV-00000595) | | |
| 13 | Bluesky post from Peter@cgblue.bsky.social dated July 13, 2024, at 7:44 PM (GOV-00000594) | | |
| 14 | Bluesky post from Peter@cgblue.bsky.social dated July 13, 2024, at 7:52 PM (GOV-00000593) | | |
| 15 | Bluesky post from Peter@cgblue.bsky.social dated July 14, 2024, at 7:03 AM (GOV-00000591) | | |
| 16 | Bluesky post from Peter@cgblue.bsky.social dated July 15, 2024, at 6:03 PM (GOV-00000564) | | |
| 17 | Bluesky post from Peter@cgblue.bsky.social dated July 23, 2024, at 11:54 AM (GOV-00000557) | | |
| 18 | Twitter post from Peter Partisan dated June 3, 2020, at 10:57 PM | | |
| 19 | Twitter post from Peter Partisan dated April 4, 2020 (GOV-00000770) | | |
| 20 | Twitter post from Peter Partisan dated April 5, 2020, at 2:30 PM (GOV-00000711) | | |
| 21 | Twitter post from Peter Partisan dated April 7, 2020 (GOV-00000748) | | |
| 22 | Twitter post from BlueCheck@BlueCheckPeter dated October 10, 2020 (GOV-00000641) | | |
| 23 | Twitter post from BlueCheck@BlueCheckPeter dated December 26, 2020, at 7:15 AM | | |
| 24 | Twitter post from BlueCheck@BlueCheckPeter dated December 23, 2020, at 8:25 PM (GOV-00000639) | | |

| | | | |
|---|---|---|---|
| 25 | Twitter post from BlueCheck@BlueCheckPeter dated January 3, 2021, at 5:18 PM (GOV-00000638) | | |
| 26 | Google Searches on September 15, 2024 | | |
| 27 | Bluesky post from Peter@cgblue.bsky.social dated September 15, 2024, at 6:08 PM (GOV-00000541) | | |
| 28 | Bluesky post from Peter@cgblue.bsky.social dated December 9, 2024, at 10:32 PM (GOV-00000494) | | |
| 29 | Bluesky post from Peter@cgblue.bsky.social dated December 11, 2024, at 12:47 PM (GOV-00000489) | | |
| 30 | Bluesky post from Peter@cgblue.bsky.social dated December 19, 2024, at 9:44 PM (GOV-00000473) | | |
| 31 | Bluesky post from Peter@cgblue.bsky.social dated December 23, 2024, at 12:20 AM (GOV-00000470) | | |
| 32 | Bluesky post from Peter@cgblue.bsky.social dated October 12, 2024, at 11:38 AM (GOV-00000523) | | |
| 33 | Bluesky post from Peter@cgblue.bsky.social dated February 1, 2025, at 9:36 PM (GOV-00000415) | | |
| 34 | Bluesky post from Peter@cgblue.bsky.social dated February 2, 2025, at 6:09 PM (GOV-00000409) | | |
| 35 | Bluesky post from Peter@cgblue.bsky.social dated February 4, 2025, at 4:14 PM (GOV-00000391) | | |
| 36 | Bluesky post from Peter@cgblue.bsky.social dated February 13, 2025, at 4:22 PM (GOV-00000704) | | |
| 37 | Bluesky post from Peter@cgblue.bsky.social dated February 20, 2025, at 5:30 PM (GOV-00000801) | | |
| 38 | Bluesky post from Peter@cgblue.bsky.social dated February 20, 2025, at 7:23 AM (GOV-00000690) | | |
| 39 | Bluesky post from Peter@cgblue.bsky.social dated February 21, 2025, at 8:44 AM (GOV-00000796) | | |

| | | | |
|---|---|---|---|
| 40 | Bluesky post from Peter@cgblue.bsky.social dated February 27, 2025, at 8:23 PM (GOV-00000766) | | |
| 41 | Bluesky post from Peter@cgblue.bsky.social dated January 28, 2025, at 9:00 AM (GOV-00000451) | | |
| 42 | Bluesky post from Peter@cgblue.bsky.social dated January 28, 2025, at 10:25 AM (GOV-00000450) | | |
| 43 | Bluesky post from Peter@cgblue.bsky.social dated January 29, 2025, at 10:13 AM (GOV-00000435) | | |
| 44 | Bluesky post from Peter@cgblue.bsky.social dated January 29, 2025, at 12:03 AM (GOV-00000439) | | |
| 45 | Bluesky post from Peter@cgblue.bsky.social dated January 31, 2025, at 7:04 PM (GOV-00000674) | | |
| 46 | Bluesky post from Peter@cgblue.bsky.social dated January 31, 2025, at 10:00 PM (GOV-00000429) | | |
| 47 | Bluesky post from Peter@cgblue.bsky.social dated January 31, 2025, at 10:24 PM (GOV-00000427) | | |
| 48 | Bluesky post from Peter@cgblue.bsky.social dated February 1, 2025, at 1:55 PM (GOV-00000421) | | |
| 49 | Bluesky post from Peter@cgblue.bsky.social dated February 1, 2025, at 8:40 PM (GOV-00000418) | | |
| 50 | Bluesky post from Peter@cgblue.bsky.social dated February 4, 2025, at 10:12 AM (GOV-00000398) | | |
| 51 | Bluesky post from Peter@cgblue.bsky.social dated February 4, 2025, at 11:11 AM (GOV-00000397) | | |
| 52 | Bluesky post from Peter@cgblue.bsky.social dated February 7, 2025, at 2:27 PM (GOV-00000366) | | |
| 53 | Bluesky post from Peter@cgblue.bsky.social dated February 7, 2025, at 9:57 PM (GOV-00000363) | | |
| 54 | Bluesky post from Peter@cgblue.bsky.social dated February 8, 2025, at 11:47 AM (GOV-00000362) | | |

| | | | |
|---|---|---|---|
| 55 | Bluesky post from Peter@cgblue.bsky.social dated February 10, 2025, at 8:21 AM (GOV-00000350) | | |
| 56 | Bluesky post from Peter@cgblue.bsky.social dated February 11, 2025, at 9:05 AM (GOV-00000345) | | |
| 57 | Bluesky post from Peter@cgblue.bsky.social dated February 14, 2025, at 2:02 PM (GOV-00000701) | | |
| 58 | Bluesky post from Peter@cgblue.bsky.social dated February 15, 2025, at 9:39 PM (GOV-00000698) | | |
| 59 | Bluesky post from Peter@cgblue.bsky.social dated February 18, 2025, at 7:12 AM (GOV-00000697) | | |
| 60 | Bluesky post from Peter@cgblue.bsky.social dated February 18, 2025, at 10:52 AM (GOV-00000696) | | |
| 61 | Bluesky post from Peter@cgblue.bsky.social dated February 18, 2025, at 9:32 PM (GOV-00000695) | | |
| 62 | Bluesky post from Peter@cgblue.bsky.social dated February 20, 2025, at 7:41 PM (GOV-00000800) | | |
| 63 | Bluesky post from Peter@cgblue.bsky.social dated February 21, 2025, at 8:29 PM (GOV-00000793) | | |
| 64 | Bluesky post from Peter@cgblue.bsky.social dated February 25, 2025, at 6:53 PM (GOV-00000780) | | |
| 65 | Bluesky post from Peter@cgblue.bsky.social dated February 25, 2025, at 9:04 PM (GOV-00000779) | | |
| 66 | Bluesky post from Peter@cgblue.bsky.social dated February 25, 2025, at 9:43 PM (GOV-00000776) | | |
| 67 | Bluesky post from Peter@cgblue.bsky.social dated February 27, 2025, at 10:43 PM (GOV-00000765) | | |
| 68 | Bluesky post from Peter@cgblue.bsky.social dated March 9, 2025, at 11:24 PM (GOV-00000756) | | |
| 69 | Bluesky post from Peter@cgblue.bsky.social dated February 26, 2025, at 12:46 PM (GOV-00000775) | | |

| | | | |
|---|---|---|---|
| 70 | Bluesky post from Peter@cgblue.bsky.social dated February 26, 2025, at 9:22 PM (GOV-00000772) | | |
| 71 | Bluesky post from Peter@cgblue.bsky.social dated March 4, 2025, at 11:28 PM (GOV-00000757) | | |
| 72 | Bluesky post from Peter@cgblue.bsky.social dated February 5, 2025, at 5:29 PM (GOV-00000380) | | |
| 73 | Twitter post from Peter Partisan dated April 6, 2020 (GOV-00000710) | | |
| 74 | Twitter post from BlueCheck@BlueCheckPeter to Nancy Pelosi dated July 7, 2020, at, 5:56 PM (GOV-00000655) | | |
| 75 | Twitter post from BlueCheck@BlueCheckPeter dated July 31, 2020, at 10:01 AM (GOV-00000620) | | |
| 76 | Twitter post from BlueCheck@BlueCheckPeter dated August 6, 2020, at 10:26 AM (GOV-00000632) | | |
| 77 | Twitter post from BlueCheck@BlueCheckPeter dated August 26, 2020, at 8:17 AM (GOV-00000631) | | |
| 78 | Twitter post from BlueCheck@BlueCheckPeter dated September 6, 2020, at 8:41 AM (GOV-00000630) | | |
| 79 | Twitter post from BlueCheck@BlueCheckPeter dated September 20, 2020, at 11:18 AM (GOV-00000629) | | |
| 80 | Twitter post from BlueCheck@BlueCheckPeter dated September 24, 2020, at 7:33 AM (GOV-00000628) | | |
| 81 | Twitter post from BlueCheck@BlueCheckPeter dated October 6, 2020, at 9:54 AM (GOV-00000627) | | |
| 82 | Twitter post from BlueCheck@BlueCheckPeter dated December 11, 2020, at 3:05 PM (GOV-00000626) | | |
| 83 | Twitter post from Peter Partisan dated April 15, 2020 (GOV-00000727) | | |

| | | | |
|---|---|---|---|
| 84 | Bluesky post from Peter@cgblue.bsky.social dated February 6, 2025, at 12:50 PM (GOV-00000378) | | |
| 85 | Bluesky post from Peter@cgblue.bsky.social dated February 11, 2025, at 8:56 PM (GOV-00000338) | | |
| 86 | Bluesky post from Peter@cgblue.bsky.social (GOV-00000333) | | |
| 87 | Bluesky post from Peter@cgblue.bsky.social dated February 23, 2025, at 11:02 AM (GOV-00000786) | | |
| 88 | Bluesky post from Peter@cgblue.bsky.social dated February 23, 2025, at 11:33 AM (GOV-00000784) | | |
| 89 | Reddit post from Peter_1790 dated February 20, 2025, at 7:53 PM (GOV-00000667) | | |
| 90 | Screenshot of Donald Trump from video titled "Trump blames Biden for record high egg prices and inflation" | | |
| 91 | Reddit post from Peter_1790 (GOV-00000809) | | |
| 92 | Google Play Activity, February 18, 2025 | | |
| 93 | Google IP Subscriber Log pastinson@gmail.com | | |
| 94 | Google IP Subscriber Log – close up screenshot of February 18, 2025 entry | | |
| 95 | Verizon IP Records | | |
| 96 | Google Maps Activity | | |
| 97 | Google November 6 Search pastinson@gmail.com | | |
| 98 | Reddit Post from Peter_1790, dated February 22, 2025 | | |
| 99 | Bluesky post from Peter@cgblue.bsky.social dated February 22, 2025, at 4:25 PM (GOV-00000788) | | |
| 100 | Reddit post from Peter_1790, dated February 27, 2025 | | |
| 101 | Video Titled "Trump blames Biden for record high egg prices and inflation" | | |

| | | | |
|---|---|---|---|
| 102 | Google Keep Record Titled "Protest Signs" | | |
| 103 | Google Email re Bluesky shutdown | | |
| 104 | Reddit Post from Peter_1790, dated February 27, 2025 (GOV-0000807) | | |
| 105 | Stipulation 5 – Authenticity of Screenshots | | |
| 106 | Peter@cgblue.bsky.social profile, dated June 3, 2025 (GOV-00001907) | | |

Respectfully submitted,

Lindsey Halligan
United States Attorney

By:      /s/
Sehar F. Sabir
NY Bar: 5437612
Gordon D. Kromberg
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980
Email: sehar.sabir@usdoj.ogv

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                                        /s/
                                              Sehar F. Sabir
                                              Gordon D. Kromberg
                                              Assistant United States Attorneys
                                              United States Attorney's Office
                                              2100 Jamieson Avenue
                                              Alexandria, VA 22314
                                              Telephone (703) 299-3700
                                              Facsimile (703) 299-3980
                                              Email: sehar.sabir@usdoj.gov