# UNITED STATES DISTRICT COURT
# CRIMINAL JURY TRIAL – DAY 2

Date: **10/28/2025**　　　　　　　　　　　　　　　Case No.: **1:25-CR-209**
Time: **9:02-10:59**　　　　　　　　　　　　　　　Judge: **Hon. Anthony J. Trenga**
　　　**11:21-12:50**　　　　　　　　　　　　　　Reporter: **Rhonda Montgomery**
　　　**1:50-1:55**　　　　　　　　　　　　　　　Deputy Clerk: **Dani Zirk**
　　　**2:02-3:25**　　　　　　　　　　　　　　　Interpreter:
　　　**6:02-6:11**　　　　　　　　　　　　　　　Language:

**UNITED STATES of AMERICA**

　　　　　V.

**PETER ANDREW STINSON**

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Brittany Davidson** | **Sehar Sabir** |
| **Geremy Kamens** | **Gordon Kromberg** |

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE GOVERNMENT AND DEFENDANTS. THE JURY APPEARED AS SUMMONED AND SWORN ON VOIR DIRE. THE FOLLOWING JURORS WERE SWORN TO TRY THE ISSUE:   Jury List provided to Jury Clerk.

PROCEEDINGS:

Rule invoked on witnesses [**X**]　　　Opening statements made [   ]

Government adduced evidence and rests [   ]

Defendant adduced evidence and rests [**X**]

Rebuttal evidence adduced [   ]　　Sur-Rebuttal evidence adduced [   ]　　Evidence concluded [**X**]

Closing arguments heard [**X**]　　　Jury charged [**X**]　　　Jury retired to deliberate [**X**]

Jury returned to the courtroom with a verdict of: Not Guilty as to Count 1 of the Indictment

Jury polled [**X**]　　　Jury discharged [**X**]　　　Jury verdict filed in open court [**X**]

Defendant is released on all conditions of bond that had been previously set.