

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:25-CR-209 |
| v. | ) |
| | ) Trial Date: October 27, 2025 |
| PETER ANDREW STINSON, | ) |
| | ) Hon. Anthony J. Trenga |
| *Defendant.* | ) |
| | ) |

## VERDICT FORM

We, the jury, unanimously find the defendant Peter Andrew Stinson,

As to **Count 1** of the Indictment which charges solicitation of a crime of violence:

✓ Not Guilty          _____ Guilty

OCTOBER 28, 2025
DATE

1